## Ohio River Junction Railroad Company, Appellant, *v.* Pennsylvania Company.

Argued Oct. 22, 1902. Appeal, No. 44, Oct. T., 1902, by plaintiff, from decree of C. P. Beaver Co., June T., 1901, on bill in equity, in case of Ohio River Junction Railroad Company v. Pennsylvania Company. Before McCOLLUM, C. J., MITCHELL, DEAN, FELL, BROWN, MEZTREZAT and POTTER, JJ. Affirmed.

OPINION BY MR. JUSTICE DEAN, January 5, 1903:

In this case, the defendant in No. 45, October term, 1902, in which we affirmed the decree of the court below is now plaintiff and appellant in No. 44 of same term. In this case the court below, on facts found and the law, dismissed plaintiff's bill; from that decree it brings this appeal. We have nothing to add to what is said in No. 45, the case referred to, opinion handed down this day. The decree in this case is affirmed on the findings of fact and conclusions of law of the court below.